

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2021

No. 04-21-00490-CR

**IN RE** Santiago **GONZALEZ**

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 512239
Yolanda T. Huff, Judge Presiding

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                 Irene Rios, Justice
                 Beth Watkins, Justice

On November 5, 2021, relator filed a petition for writ of mandamus, complaining that the trial court has failed to rule on his article 11.072 writ of habeas corpus application. TEX. CODE CRIM. PRO. ANN. art. 11.072 § 6(a). This court is of the tentative opinion that a serious question concerning the relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court no later than **November 29, 2021.**

It is so **ORDERED** on November 9, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 512239, styled *Ex parte Gonzalez*, pending in the County Court at Law No. 12, Bexar County, Texas, the Honorable Yolanda T. Huff presiding.